# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00380-CV

### In re Memorial Park Medical Center, Inc.

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Cindy Olson Bourland, Justice

Before Justices Puryear, Pemberton, and Bourland

Filed: June 14, 2018